to any party. All concur, except Harris, J., not voting. (The portion of the final order appealed from reduces the assessment on petitioner's property on Salina, Temple and Clinton Streets in the city of Syracuse for the year 1942.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of LEROY B. WILLIAMS, Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.— Final order so far as appealed from affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting. (The portion of the final order appealed from reduces the assessment on petitioner's property on Salina, Temple and Clinton Streets in the city of Syracuse for the year 1942.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of NORINE R. McCLELLAN, Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.— Final order so far as appealed from affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting, and Larkin, J., who dissents and votes to reduce the assessment to $30,000. (The portion of the final order appealed from reduces the assessment on petitioner's property at 121–127 Madison Street in the city of Syracuse for the year 1941.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of NORINE R. McCLELLAN, Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.— Final order so far as appealed from affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting, and Larkin, J., who dissents and votes to reduce the assessment to $30,000. (The portion of the final order appealed from reduces the assessment on petitioner's property at 121–127 Madison Street in the city of Syracuse for the year 1942.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of WILLIAM F. McCLELLAN et al., Appellants, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.— Final order so far as appealed from affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting, and Larkin, J., who dissents and votes to reduce the assessment to $30,000. (The portion of the final order appealed from reduces the assessment on petitioner's property at 121–127 Madison Street in the city of Syracuse for the year 1943.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of FIRST TRUST & DEPOSIT COMPANY, Appellant, against WILLIAM F. CANOUGH, as Commissioner of Assessment of the City of Syracuse, Respondent.— Final order and judgment affirmed, without costs of this appeal to any party. All concur, except Harris, J., not voting. (The final order dismisses the petition in a proceeding to review the assessment on petitioner's property at 274–282 James Street in the city of Syracuse for the year 1943. The judgment is for costs.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of ROBERT V. T. F. BARKER, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order dismisses a writ and order to show cause and remands relator to the custody of the warden.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of the Construction of a Codicil to the Will of BERTHA B. STAUD, Deceased.— Final order affirmed, without costs of this appeal to any party.